IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE BURLINGTON INSURANCE COMPANY, | : | |
| | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | FILE NO. 1:15-cv-03385-MHC |
| vs. | : | |
| | : | |
| TOTAL PROTECTION GUARD SERVICES, LLC, ERIC DIXON, MELVIN MCCRARY, JR., and TRAVIS DURANTE FOWLER, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT TRAVIS DURANTE FOWLER'S
## STATEMENT OF ADDITIONAL MATERIAL FACTS

COMES NOW Defendant Travis Durante Fowler pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(B)(2)(b) and identifies the following additional material facts:

1.

Defendant Total Protection Guard Services, LLC (hereinafter "TPGS") is in the security business. Deposition of Timothy Jackson p. 63. True and correct copies of the pages cited from Mr. Jackson's March 23, 2016 deposition are attached hereto as Exhibit A.

2.

TPGS sought to obtain an insurance policy that would provide it coverage if anything happened related to its provision of security services at apartment complexes.  Dep. Jackson p. 63-64.

3.

It was TPGS's expectation that the coverage it obtained from The Burlington Insurance Company provided coverage for the type of claims made by Travis Fowler.  Dep. Jackson p. 63-65.

Submitted this 21st day of June, 2016.

Respectfully submitted,

/s/ R. Scott Campbell
R. Scott Campbell, Esq.
Georgia Bar No. 142384
**Attorney for Defendant Travis Fowler**

3340 Peachtree Road, Suite 950
Atlanta, Georgia  30326
(404) 593-0020 [Telephone]
(888) 501-9536 [Facsimile]
scott@shiverhamilton.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2016 I electronically filed DEFENDANT TRAVIS DURANTE FOWLER'S STATEMENT OF ADDITIONAL MATERIAL FACTS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing and by depositing same in the U.S. Mail with adequate postage thereon to the following attorneys of record:

Seth M. Friedman, Esq.
Christopher C. Meeks, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
1180 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30309
***Attorneys for Plaintiff***

Jeffrey R. Filipovits, Esq.
Filipovits Law Firm, PC
2900 Chamblee Tucker Road
Building 1
Atlanta, Georgia 30341
***Attorney for***
***Total Protection Guard Services, LLC***

Shean D. Williams, Esq.
The Cochran Firm Atlanta
The Candler Building
127 Peachtree Street NE, Suite 1400
Atlanta, Georgia 30303
***Attorney for Defendants Eric Dixon***
***and Melvin McCrary, Jr.***

**SHIVER HAMILTON, LLC**

/s/ R. Scott Campbell
R. Scott Campbell, Esq.
Georgia Bar No. 142384
***Attorney for Defendant Travis Fowler***

**SHIVER HAMILTON, LLC**
3340 Peachtree Road, Suite 950
Atlanta, Georgia 30326
(404) 593-0020
(888) 501-9536 [Facsimile]
scott@shiverhamilton.com